**WARRANT FOR ARREST**

CO-180
NEW 1/88

# United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ELIZABETH DUKE<br>DOB: 11/25/40 | DISTRICT OF COLUMBIA |

| DOCKET NO. | MAGISTRATE CASE NO. |
|---|---|
| CR88-0145-07 | |

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

ELIZABETH DUKE
(UNKNOWN)

**WARRANT ISSUED ON THE BASIS OF:**
☒ Order of Court
☐ Indictment   ☐ Information   ☐ Complaint

**FILED**

**JUN 2 2 2009**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: ANY UNITED STATES MARSHAL OR ANY AUTHORIZED LAW ENFORCEMENT OFFICER

DISTRICT OF ARREST

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

FAILURE TO APPEAR FOR ARRAIGNMENT BEFORE JUDGE HAROLD H. GREENE ON MAY 25, 1988 in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

AND

Malicious damage of U.S. Property by means of fire and explosives, and aiding and abetting an act to be done.

**QUASHED**

Deborah A. Robinson
United States Magistrate Judge

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 844(f), 2(a) & (b) |

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE |
|---|---|
| HOLD WITHOUT BOND | |

| ORDERED BY | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE |
|---|---|---|
| Judge Harold H. Greene | | May 25, 1988 |

| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |
|---|---|---|
| JAMES F. DAVEY | | June 02, 1988 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record