UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,      .
                               .
          Plaintiff,           .  CR No. 88-0145
                               .
     v.                        .
                               .
ELIZABETH DUKE,                .  Washington, D.C.
                               .  Tuesday, June 17, 2009
          Defendant.           .
. . . . . . . . . . . . . . . . .


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Government:           M. JEFFREY BEATRICE, ESQ.
                              U.S. Attorney's Office
                              555 Fourth Street, NW
                              Room 4104
                              Washington, DC 20530
                              (202) 353-8831


Transcribed By:               BRYAN A. WAYNE, RPR, CRR
                              Official Court Reporter
                              U.S. Courthouse, Room 4704-A
                              333 Constitution Avenue, NW
                              Washington, DC 20001
                              (202) 354-3186


Proceedings electronically recorded and transcribed.

P R O C E E D I N G S

THE DEPUTY CLERK:  Criminal case No. 88-145, Elizabeth Duke.  For the government, Mr. Beatrice.

THE COURT:  Mr. Beatrice.

MR. BEATRICE:  Thank you, Your Honor.  We would orally move to dismiss this case at this time, dismiss the indictment and also to quash the warrant, and we will submit a proposed order today, Your Honor.

THE COURT:  Very well.  Thank you, Mr. Beatrice.

(Proceedings adjourned.)

*   *   *   *   *   *

CERTIFICATE

      I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

_____
BRYAN A. WAYNE