```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


  UNITED STATES OF AMERICA,    .
                               .
         Plaintiff,            .  CR No. 88-0145
                               .
     v.                        .
                               .
  ELIZABETH DUKE,              .  Washington, D.C.
                               .  Tuesday, June 17, 2009
         Defendant.            .
  . . . . . . . . . . . . . . ..


               TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE DEBORAH A. ROBINSON
               UNITED STATES MAGISTRATE JUDGE


 APPEARANCES:

 For the Government:          M. JEFFREY BEATRICE, ESQ.
                              U.S. Attorney's Office
                              555 Fourth Street, NW
                              Room 4104
                              Washington, DC 20530
                              (202) 353-8831

 Transcribed By:              BRYAN A. WAYNE, RPR, CRR
                              Official Court Reporter
                              U.S. Courthouse, Room 4704-A
                              333 Constitution Avenue, NW
                              Washington, DC 20001
                              (202) 354-3186
```

**Proceedings electronically recorded and transcribed.**

```
 1                        P R O C E E D I N G S
 2              THE DEPUTY CLERK:  Criminal case No. 88-145,
 3     Elizabeth Duke.  For the government, Mr. Beatrice.
 4              THE COURT:  Mr. Beatrice.
 5              MR. BEATRICE:  Thank you, Your Honor.  We would orally
 6     move to dismiss this case at this time, dismiss the indictment
 7     and also to quash the warrant, and we will submit a proposed
 8     order today, Your Honor.
 9              THE COURT:  Very well.  Thank you, Mr. Beatrice.
10                        (Proceedings adjourned.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

\* \* \* \* \* \*

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

_____
BRYAN A. WAYNE